United States District Court
Southern District of Texas
**ENTERED**
September 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Roman Vazquez Barrera, *et al.*, § | |
| § | |
| Petitioners/Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-1241 |
| § | |
| Chad Wolf, *et al.*, § | |
| § | |
| Respondents/Defendants. § | |

## ORDER

Before the Court is Defendants' motion to clarify the Court's September 21, 2020 order regarding their 48-hour deadline to respond to a brief seeking release on bail. Defendants' motion is GRANTED in part and DENIED in part. After a Plaintiff files a brief in support of release on bail, Defendants shall have 72 hours to file a response, with leave to request additional time if it becomes necessary.

**IT IS SO ORDERED.**

Signed on this the 22nd day of September, 2020.

_____
Hon. Keith Ellison
United States District Judge