United States District Court
Southern District of Texas
**ENTERED**
September 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROMAN VAZQUEZ BARRERA, *et al*, | § |
| | § |
| Petitioners, | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-1241 |
| | § |
| CHAD WOLF, *et al*, | § |
| | § |
| Respondents. | § |

## ORDER

Pending before the Court is Plaintiff Lara Corona's Request for Release. The Court has found it necessary to conduct a non-evidentiary hearing on this matter tomorrow at 2:30 PM. If necessary, the Court will also make a determination at the hearing as to Defendants' request for a stay.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of September, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE