United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMAN VAZQUEZ BARRERA, *et al*, | § § § | |
| Petitioners, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-1241 |
| CHAD WOLF, *et al*, | § § § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion for Clarification of Docs. 161 and 165. (Doc. 166). As to the first request for clarification, the Court orders Plaintiff Rodriguez Garcia to remain in the Rio Grande Valley rather than in Houston. As to the second request for clarification, the Court orders Plaintiffs Lara Corona, Rodriguez Garcia, and Casco-George to report to U.S. Immigration and Customs Enforcement rather than Customs and Border Protection.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of October, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE