United States District Court
Southern District of Texas
**ENTERED**
December 28, 2020
David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| ROMAN VAZQUEZ BARRERA, *et al*, § | |
| § | |
| Petitioners, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-1241 |
| § | |
| CHAD WOLF, *et al*, § | |
| § | |
| Respondents. § | |

## ORDER ON STIPULATED STAY

The parties have filed a joint stipulation seeking a stay of the Court's consideration of Plaintiff's Emergency Motion to Compel Access. (Doc. 191.) The Court will stay consideration of Plaintiff's Motion (Doc. 188) and the expedited briefing schedule (Doc. 189), in order for the parties to seek resolution without the Court's intervention. The parties are ordered to submit a status report by January 7, 2021, and detail whether the Court's consideration of Plaintiff's Motion is necessary.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on the 23rd of December, 2020.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE